

# Fourth Court of Appeals
## San Antonio, Texas

March 30, 2021

No. 04-20-00572-CV

Bobby **HOLLY** and Dolores Holly,
Appellants

v.

**NEWBERRY RANCHES OF TEXAS LLC**,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 34257
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Appellants' brief was due by March 29, 2021. On that day, appellants filed an unopposed motion requesting a thirty-day extension of time to file their brief. After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief **by April 28, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of March, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

